**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAWRENCE ELLIOT,
                      Petitioner,                    17 **CIVIL** 7529 (KPF)

        -against-                                **JUDGMENT**

MICHAEL KIRKPATRICK
                    Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2020, The Court agrees with Judge Fox's well-reasoned Report and hereby adopts its reasoning in its entirety; Accordingly, the Petition is dismissed with prejudice; Since Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; *See* 28 U.S.C. § 2253(c). Pursuant to 28 U.S.C. § 1915(a), any appeal from this Order would not be taken in good faith; therefore *in forma pauperis* status is denied for the purpose of any appeal, and this case is closed.

**DATED:** New York, New York
             November 23, 2020

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                 **BY:**
                                                         **Deputy Clerk**